UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,          Case No. 2:22-CR-67-SPC-KCD

Plaintiff,            ☐
Government         ☒            ☒ Evidentiary
                                 ☐ Trial
                                 ☐ Other

v.

MARVIN HARRIS, JR.

Defendant            ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | CAD Report Traffic Stop |
| 2 | | | | Harris Traffic Warning |
| 3 | | | | Photograph of Marsh/Woodside Intersection |
| 4 | | | | Photograph of Speed Limit Sign on Marsh |
| 5 | | | | Map of Relevant Locations in Fort Myers |