# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

Plaintiff(s),

v.

MARVIN HARRIS

Defendant(s),        __X__

No. 2:22-cr-67-SPC-KCD

__X__  Evidentiary

_____  Trial

_____  Other

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Traffic Warning Notice/Notice to Appear |
| 2 | | | | CAD Report |
| 3 | | | | Luke Walsh Report #1 |
| 4 | | | | Luke Walsh Report #2 |
| 5 | | | | Photopack #1 |
| 6 | | | | Photopack #2 |

Case Number: **2:22-cr-67-SPC-KCD**                Page _____ of _____ Pages

## EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | Photopack #3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |