UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA,   Case No. 2:22-CR-67-SPC-KCD

    Plaintiff, ☐
    Government ☒      ☒ Evidentiary
                                         ☐ Trial
                                         ☐ Other

v.

MARVIN HARRIS, JR.

    Defendant ☐

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1.a. | | | | Composite Exhibit – Clip of Witness 1 Interview |
| 1.b. | | | | Composite Exhibit – Clip of Witness 1 Interview |
| 2.a. | | | | Composite Exhibit – Clip of Witness 2 Interview |
| 2.b. | | | | Composite Exhibit – Clip of Witness 2 Interview |
| 2.c. | | | | Composite Exhibit – Clip of Witness 2 Interview |
| 3 | | | | Surveillance Video Footage |
| 4.a. | | | | Composite Exhibit – Witness 1 Text Messages to/from Harris |
| 4.b. | | | | Composite Exhibit – Witness 1 Text Messages to/from Witness 2 |
| 5 | | | | Witness 2 Text Messages to/from Harris |
| 6 | | | | 6-Person Photo Array Presented to Witness 1 |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7 | | | | 6 Person Photo Array Presented to Witness 2 |
| | | | | |